# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF
REINSTATEMENT OF ZACHARY B.
COUGHLIN, BAR NO. 9473.

No. 74438

**FILED**

MAY 25 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## *ORDER DENYING REINSTATEMENT*

This is an automatic review of a Northern Nevada Disciplinary Board hearing panel's recommendation that this court deny attorney Zachary B. Coughlin's petition for reinstatement from disability inactive status. Having considered the record before this court, we conclude that Coughlin has failed to meet his burden of demonstrating by clear and convincing evidence that his disability has been removed and that he is fit to resume the practice of law. SCR 117(4).

While Coughlin argues that this court previously concluded that he had removed his disability, and thus, he did not have to present evidence in that regard at the hearing on this petition, this court's November 10, 2016, order denying Coughlin's first petition for reinstatement did not address whether Coughlin had removed his disability. *See In re Reinstatement of Coughlin,* Docket No. 69723 (Order Denying Reinstatement, Nov. 10, 2016). Regardless, that petition was denied and in again seeking reinstatement, Coughlin had the burden of demonstrating both that his disability has been removed and that he is fit to resume the practice of law. SCR 117(4) (providing that an attorney transferred to disability inactive status may "petition for reinstatement to active status once a year," and that such petitions will be set for hearings,

18-20143

at which the panel will "consider whether the attorney has demonstrated by clear and convincing evidence that the attorney's disability has been removed and that he or she is fit to resume the practice of law"). Because Coughlin has not met that burden, we

ORDER the petition DENIED.[1]

_____, C.J.
Douglas

_____, J.       _____, J.
Cherry                                  Gibbons

_____, J.       _____, J.
Pickering                              Hardesty

_____, J.
Parraguirre

cc:   Chair, Northern Nevada Disciplinary Board
      Zachary Barker Coughlin
      C. Stanley Hunterton, Bar Counsel, State Bar of Nevada
      Kimberly K. Farmer, Executive Director, State Bar of Nevada

---

[1]The Honorable Lidia Stiglich, Justice, voluntarily recused herself from participation in the decision of this matter.